IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHEILA BLACKMAN-BAHAM,

    Plaintiff,   No. C 10-02656 JSW

  v.

KEN L. SALAZAR,   **ORDER OF DISMISSAL**

    Defendant.

_____/

By Order dated December 10, 2010, the Court denied Plaintiff's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. The Court ordered that to pursue this action, Plaintiff must file an amended complaint by January 14, 2011, and that failure to do so would result in dismissal of this action with prejudice.

Plaintiff has not filed a timely amended complaint. Accordingly, the Court dismisses this action with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 28, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHEILA BLACKMAN-BAHAM,

    Plaintiff,

  v.

KEN L. SALAZAR et al,

    Defendant.

Case Number: CV10-02656 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sheila Blackman-Baham
5351 Fleming Avenue
Richmond, CA 94804

Dated: January 28, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk